```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HERBERT DIAMOND, | CIVIL ACTION NO. 05-2729 (MLC) |
| Plaintiff, | **MEMORANDUM OPINION** |
| v. |  |
| WAL-MART STORES, et al., |  |
| Defendants. |  |

**THE ACTION HAVING BEEN REMOVED** from New Jersey Superior Court, Monmouth County, under 28 U.S.C. § ("Section") 1332 (dkt. entry no. 1); and now the parties advising the Court:

> that damages in this matter are not greater than $74,999.99 including all interest and costs of suit. Accordingly, the parties agree to remand this case to [state court]

(6-16-05 Jt. Stip. Capping Damages, at 1); and thus the Court intending to remand the action to state court; and good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge